# RAYMOND NARDO, P.C.

ATTORNEY AT LAW

129 THIRD STREET, MINEOLA, NY 11501

Phone: (516)248-2121 | Fax: (516)742-7675 | Email: **Nardo@Raynardo.com**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/17/2022
```

October 17, 2022

BY ECF

**MEMO ENDORSED**

Hon. Valerie Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    Sanchez v. Park Avenue North Realty LTD.
             (22-CV-1392)

Dear Judge Caproni,

I represent Plaintiff in the above matter. On September 20, 2022, Your Honor issued an order to submit documents for *Cheeks* approval by October 19, 2022. However, for much of that time, opposing counsel has been out of the country, and not fully available to communicate about the resolution, which involves relocation of Plaintiff's family. Consequently, I am requesting a three week extension, until November 9, 2022, to submit documents for *Cheeks* approval, and to adjourn the Conference scheduled for October 21, 2022 at 10:00am.

Defendants consent to the substance of this application. Thank you for your consideration.

Respectfully submitted,

_____
RAYMOND NARDO, ESQ.

cc:    Steven Pischl, Esq. (by ECF)

---

Application GRANTED. The settlement agreement, along with any letter motion, must be filed on the public docket by **November 7, 2022**. The parties are directed to the Court's Order at Dkt. 22 for guidance regarding the content of the letter motion and the settlement agreement. If no letter or stipulation is filed by November 7, 2022, a conference will be held on **November 10, 2022, at 10 A.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

      SO ORDERED.

*[signature]* 10/17/2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE