**RAYMOND NARDO, P.C.**

A T T O R N E Y  A T  L A W

129 THIRD STREET, MINEOLA, NY 11501

Phone: (516)248-2121 | Fax: (516)742-7675 | Email: **Nardo@Raynardo.com**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/07/2022
```

November 7, 2022

BY ECF

Hon. Valerie Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**

Re:   Sanchez v. Park Avenue North Realty LTD.
      (22-CV-1392)

Dear Judge Caproni,

I represent Plaintiff in the above matter. On September 20, 2022, Your Honor issued an order to submit documents for *Cheeks* approval by October 19, 2022. At the parties' request, Your Honor granted a three week extension, until November 9, 2022, to submit documents for *Cheeks* approval, and to adjourn the corresponding conference. The parties have agreed to all terms and are in the process of executing the documents and preparing a fairness letter, but could not meet today's deadline. The parties jointly request a final one week adjournment until November 14, 2022 to submit the documents, and that the Conference, if any, be adjourned to the morning of Thursday, November 17, 2022. The parties intend to submit the documents before November 14, 2022.

Thank you for your consideration.

Respectfully submitted,

RAYMOND NARDO, ESQ.

cc:   Steven Pischl, Esq. (by ECF)

---

Application GRANTED.

The conference in this matter is rescheduled to **10:00 A.M. on Thursday, November 17, 2022**, in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

SO ORDERED.

*Valerie Caproni*   11/07/2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE